# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

PATRICK J. TOBIN,
    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, et al.,
    Defendants.

No. C 13-1504 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    October 3, 2013
Mediator:  John Beers

IT IS HEREBY ORDERED that the request to excuse individual defendant Police Chief Gregory Suhr from appearing in person at the October 3, 2013 mediation before John Beers is DENIED, and the request to excuse individual defendants John Murphy, Kevin Cashman and James Dudley from appearing is GRANTED. Chief Suhr will appear in person at the mediation while Messrs. Murphy, Cashman and Dudley shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

9/23/13
Dated

By: _____
Susan Illston
United States District Judge