Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102
Phone:        415.255.0462
Fax:          415.431.4526

Counsel for Plaintiff
PATRICK J. TOBIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. TOBIN, ) | No.    C-13-1504-MEJ |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME WITHIN** |
| ) | **WHICH TO COMPLETE MEDIATION** |
| v. ) | [Proposed] **ORDER** |
| ) | |
| CITY & COUNTY OF SAN FRANCISCO, et ) | |
| al., ) | **[Jury Trial Demanded]** |
| ) | |
| Defendants. ) | |
| ) | |

The parties hereto, through counsel of record, hereby stipulate as follows:

Mediation is to be completed on or before October 7, 2013.  Mediation was to occur on October 3, 2013, but last minute scheduling problems warranted a continuance; the parties and counsel will now be unable to complete the mediation on or before October 7, 2013.

Counsel for the parties and the appointed mediator, John Beers, conferred the afternoon of October 3, 2013, by telephone.  Mr. Beers has agreed to retain jurisdiction and to continue as mediator should the Court extend time as requested herein.  The parties therefore request that the deadline to complete mediation in this matter be extended to November 18, 2013, an extension of six weeks.

Date:  October 3, 2013                   _Russell A. Robinson /s/_
                                         Russell A. Robinson
                                         Law Office of Russell A. Robinson
                                         Counsel for Plaintiff
                                         PATRICK J. TOBIN

1  Date: October 4, 2013                     *Rafal Ofierski /s/*
                                             Rafal Ofierski
2                                            Office of the City Attorney
                                             City & County of San Francisco
3                                            Counsel for Defendants
                                             CITY & COUNTY OF SAN FRANCISCO, SAN
4                                            FRANCISCO POLICE DEPARTMENT, CHIEF OF
                                             POLICE GREGORY P. SUHR, JOHN MURPHY,
5                                            KEVIN CASHMAN, and JAMES DUDLEY

8                                          **ORDER**

9  Good cause appearing, it is hereby ordered as follows:

10 The deadline to complete mediation in this matter shall be and is hereby extended to

11 November 18, 2013.

12 **IT IS SO ORDERED.**

14 Date: October 4 2013
                                             Hon. Maria-Elena James
15                                           USDC, Northern Dist. Of California

*Tobin v. C&CSF, et al.*                                                    P007STIP
STIPULATION TO EXTEND TIME WITHIN
WHICH TO COMPLETE MEDIATION
[Proposed] ORDER                           - 2 -