1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, 1st Floor
   San Francisco, CA 94102
3  Phone:       415.255.0462
   Fax:         415.431.4526
4
   Counsel for Plaintiff
5  PATRICK J. TOBIN

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICK J. TOBIN,                    ) No.   C-13-1504-MEJ
                                        )
12         Plaintiff,                   ) **STIPULATION TO EXTEND TIME WITHIN**
                                        ) **WHICH TO COMPLETE MEDIATION**
13 v.                                   ) [Proposed] **ORDER**
                                        )
14 CITY & COUNTY OF SAN FRANCISCO, et   )
   al.,                                 ) **[Jury Trial Demanded]**
15                                      )
           Defendants.                  )
16                                      )

17     The parties hereto, through counsel of record, hereby stipulate as follows:

18     Mediation is to be completed on or before October 7, 2013.  Mediation was to occur on

19 October 3, 2013, but last minute scheduling problems warranted a continuance; the parties and

20 counsel will now be unable to complete the mediation on or before October 7, 2013.

21     Counsel for the parties and the appointed mediator, John Beers, conferred the

22 afternoon of October 3, 2013, by telephone.  Mr. Beers has agreed to retain jurisdiction and to

23 continue as mediator should the Court extend time as requested herein.  The parties therefore

24 request that the deadline to complete mediation in this matter be extended to November 18,

25 2013, an extension of six weeks.

26 Date:  October 3, 2013                    _Russell A. Robinson /s/_
                                             Russell A. Robinson
27                                           Law Office of Russell A. Robinson
                                             Counsel for Plaintiff
28                                           PATRICK J. TOBIN

*Tobin v. C&CSF, et al.*                                              P007STIP
STIPULATION TO EXTEND TIME WITHIN
WHICH TO COMPLETE MEDIATION
[Proposed] ORDER

Date:  October 4, 2013          _Rafal Ofierski /s/_
Rafal Ofierski
Office of the City Attorney
City & County of San Francisco
Counsel for Defendants
CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, CHIEF OF POLICE GREGORY P. SUHR, JOHN MURPHY, KEVIN CASHMAN, and JAMES DUDLEY

**ORDER**

Good cause appearing, it is hereby ordered as follows:

The deadline to complete mediation in this matter shall be and is hereby extended to November 18, 2013.

**IT IS SO ORDERED.**

Date:  October  4 2013

Hon. Maria-Elena James
USDC, Northern Dist. Of California