UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PATRICK J. TOBIN,
    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, et al.,
    Defendants.

No. C 13-1504 MEJ

**ORDER RE: REQUEST FOR RECONSIDERATION OF ORDER RE: ATTENDANCE AT MEDIATION**

Date: November 15, 2013
Mediator: John Beers

    Defendant San Francisco Police Chief Gregory Suhr has submitted a request for reconsideration of the Court's order requiring him to appear personally for a mediation scheduled for November 15, 2013 before John Beers. Having considered Chief Suhr's request for reconsideration of the previous attendance order,

    IT IS HEREBY ORDERED that his request to be excused from appearing in person at the November 15, 2013 mediation is GRANTED. Chief Suhr will ensure that a member of his senior management team who is most knowledgeable about the Department policies challenged in this case will be present in person for the duration of the mediation. Chief Suhr, as well as Messrs. Murphy, Cashman and Dudley, shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

10/28/13
Dated

By: _____
Susan Illston
United States District Judge