# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J TOBIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-01504-MEJ<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

On December 30, 2013, Defendant City and County of San Francisco filed a Status Report, requesting that the Court set this matter for a further status conference in light of Plaintiff's indication that he is seeking new counsel. Dkt. No. 22. The Court hereby **SETS** this matter for a status conference on January 23, 2014 at 10:00 a.m. in Courtroom B. The parties shall file a joint status conference statement no later than January 15, 2014.

**IT IS SO ORDERED.**

Dated: January 6, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge