DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4244
Facsimile:     (415) 554-4248
E-Mail:        rafal.ofierski@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK J. TOBIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, POLICE CHIEF GREGORY P. SUHR, JOHN MURPHY, KEVIN CASHMAN, Deputy Chief JAMES DUDLEY, and DOES 1-40,<br><br>  Defendants. | Case No. C 13-01504 MEJ<br><br>**CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE;** [PROPOSED] ORDER   Amended Order |
|---|---|

Defendants City and County of San Francisco, Gregory Suhr, John Murphy, Kevin Cashman and James Dudley (collectively "the City") respectfully move, under Local Rule 7-11, for an order modifying the initial case management order, which the Court issued on July 8, 2013 (Docket No. 10).

## I.   THE REQUESTED RELIEF

The City seeks extensions of the discovery cut-off and the deadline for hearing dispositive motions.  The discovery cut-off is now January 28, and the dispositive motion hearing deadline is February 27, 2014.  The City seeks extensions of the discovery cut-off to March 28 (59-day extension)

and the motion hearing deadline to April 25, 2014 (57-day extension).  The City does not seek a continuance of the current trial date of August 18, 2014.

## II.    THE CIRCUMSTANCES SUPPORTING THE REQUEST

The City seeks the extensions for two reasons.

First, the City will require additional time to obtain discovery from Plaintiff, and most likely will need the Court's intervention in that regard.  The City anticipated completing discovery in December 2013 and preparing a motion for summary adjudication in early January 2014.  (R. Ofierski Dec. ¶ 2 (concurrently filed).)  However, despite repeated requests, Plaintiff did not produce his initial disclosures until November 18, or nearly five months after they were due.  (*Id.*)  Plaintiff also failed to respond at all to interrogatories the City served on October 11.  When the City first inquired about the responses, Plaintiff claimed that he had never received the interrogatories.  The City then re-served the interrogatories on November 18, and requested that Plaintiff provide his responses by December 9.  On December 12, having received nothing, the City informed Plaintiff that if he did not provide the responses by December 20, or more than a month they were first due, the City will have to ask the Court to intervene.  As of the date of this filing, Plaintiff did not even acknowledge the City's communications.  (*Id.*)  Given Plaintiff's complete non-responsiveness and the likelihood that the City will require the Court's assistance in obtaining complete and meaningful interrogatory responses, the City likely will require an additional period of about 60 days to complete its discovery.

Second, in the past 30 days the City's counsel has had to devote a substantial amount of time to significant, unanticipated and unavoidable work commitments, including: (1) preparing for a December 4 oral argument in the Ninth Circuit Court of Appeals in *Ambat v. CCSF*, a complex case concerning City jail staffing policies; and (2) preparing a response to an unfair labor practice charge, filed by two City employee unions on November 21 with the California Public Employment Relations Board, which presents complex legal issues concerning the City's collective bargaining obligations.  (R. Ofierski Dec. ¶ 3.)  The unanticipated  workload has greatly limited the amount of time available to the City's counsel to work on compelling Plaintiff to respond to discovery, preparing for Plaintiff's deposition, and drafting the City's motion for summary adjudication.  (*Id.*)

## III. THE CITY'S REQUEST FOR STIPULATION

In its last communication regarding the overdue interrogatory responses, the City asked Plaintiff to stipulate to a 60-day extension of the dispositive motion hearing deadline, based on the mutual need to complete discovery. The City believes that Plaintiff likewise will require additional time to do so, since to date he has not sought any discovery from the City, and it is unlikely that all such discovery could be commenced and completed within the approximately month (excluding the holidays) that remains under the initial case management order. (R. Ofierski Dec. ¶ 2.) The City asked Plaintiff to respond by end of the following day, December 13. As of the date of this filing. the City has received no response from Plaintiff. (*Id.*)

## IV. CONCLUSION

The City respectfully requests that the Court modify the initial case management order as requested by the City, based on the City's need for additional time to obtain discovery from Plaintiff and prepare the City's motion for summary adjudication.

Dated: December 16, 2013

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
RAFAL OFIERSKI
Deputy City Attorney

By:   /s/ Rafal Ofierski
RAFAL OFIERSKI

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
COUNTY OF SAN FRANCISCO, ET AL.

Amended
# [PROPOSED] ORDER

Defendants City and County of San Francisco, Gregory Suhr, John Murphy, Kevin Cashman and James Dudley filed a motion for an order modifying the Court's initial case management order. Good cause appearing, the Court hereby grants the motion. Accordingly, the case management order is modified as follows:

(1) The discovery cut-off is extended from January 28 to March 28, 2014; and

(2) The deadline for ~~hearing~~ filing dispositive motions is extended from February 27 to April ~~25~~ 24, 2014. The hearing date for dispositive motions is set for May 29, 2014.

SO ORDERED.

Dated: 1/6/2014

_____
MARIA ELENA JAMES
MAGISTRATE JUDGE

Dated:                                       DENNIS J. HERRERA
                                             City Attorney
                                             ELIZABETH S. SALVESON
                                             Chief Labor Attorney
                                             RAFAL OFIERSKI
                                             Deputy City Attorney


                                       By:   /s/ Rafal Ofierski
                                             RAFAL OFIERSKI

                                             Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO

Case No.   C 13-01504 MEJ                 4

GREGORY P. SUHR, KEVIN CASHMAN, JAMES DUDLEY AND JOHN MURPHY

Case No.   C 13-01504 MEJ                    5