AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

PATRICK J. TOBIN

Plaintiff(s),

V.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-cv-01504-MEJ

Notice is hereby given that, subject to approval by the court, __Patrick J. Tobin__ substitutes
(Party (s) Name)

__Patrick J. Tobin (Pro Se)__, State Bar No. __(not applicable)__ as counsel of record in
(Name of New Attorney)

place of __Russell A. Robinson, State Bar No. 163937__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Patrick J. Tobin, Pro Se

Address: 1884 Green Street, San Francisco, California 94123

Telephone: (415) 713-7837        Facsimile (415) 354-3407

E-Mail (Optional): patrick.pj.tobin@gmail.com

I consent to the above substitution.

Date: 1/13/2014

(Signature of Party (s))

I consent to being substituted.

Date: 1/13/2014

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 14, 2014

Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]