UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J TOBIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01504-MEJ<br><br>**ORDER VACATING JANUARY 23, 2014 STATUS CONFERENCE; RESETTING STATUS CONFERENCE FOR APRIL 24, 2014**<br><br>Re: Dkt. No. 28 |

This matter is set for a further status conference on January 23, 2014. Dkt. No. 24. On January 15, 2014, the parties filed a joint status conference statement requesting that the Court continue the hearing for 90 days and suspend all deadlines in the interim to enable Plaintiff to obtain new counsel. Dkt. No. 28. Accordingly, the Court **VACATES** the January 23, 2014 status conference. The Court **RESETS** the status conference for **April 24, 2014 at 10:00** a.m. in Courtroom B. The parties shall file a joint status conference statement by **April 17, 2014**.

**IT IS SO ORDERED.**

Dated: January 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MARIA-ELENA JAMES
United States Magistrate Judge