UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK J TOBIN,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, et al.,

    Defendants.

Case No.  13-cv-01504-MEJ

**ORDER VACATING HEARING**

Re: Dkt. No. 45

This matter is currently scheduled for a hearing on March 12, 2015 regarding Plaintiff's Motion to File a Second Amended Complaint.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the March 12 hearing.  The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: March 9, 2015

                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge