# UNITED STATES DISTRICT COURT

_Northern_ **District of** _California_

Patrick J. Tobin,

    Plaintiff (s),

V.

City & County of San Francisco,

    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: _13-01504 MEJ_

Notice is hereby given that, subject to approval by the court, _Patrick J. Tobin_ substitutes

    (Party (s) Name)

_Russell A. Robinson_ , State Bar No. _163937_ as counsel of record in

    (Name of New Attorney)

place of _Bree A. Ullman SB288764_

    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _Law Office of Russell A. Robinson_

    Address: _345 Grove Street, 1st Floor, San Francisco CA 94102_

    Telephone: _415.861.4416_    Facsimile _415.431.4526_

    E-Mail (Optional): _rlaw345@gmail.com_

I consent to the above substitution.

Date: _August 13, 2015_

    _____
    (Signature of Party (s))

I consent to being substituted.

Date: _8/11/15_

    _____
    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _August 13, 2015_

    _____
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _August 14, 2015_

UNITED STATES DISTRICT COURT
Judge Maria-Elena James
NORTHERN DISTRICT OF CALIFORNIA

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**