1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, 1st Floor
   San Francisco, CA 94102
3  Phone:       415.861.4416
   Fax:         415.431.4526
4  rlaw345@gmail.com

5  Counsel for Plaintiff
   **PATRICK J. TOBIN**

6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICK J. TOBIN,                    ) No.   C-13-1504-MEJ
                                        )
12         Plaintiff,                   ) **STIPULATION TO EXTEND TIME WITHIN**
                                        ) **WHICH TO COMPLETE DEPOSITION OF**
13 v.                                   ) **NON-PARTY WITNESS NICOLE GREELY**
                                        ) [Proposed] **ORDER**
14 CITY & COUNTY OF SAN FRANCISCO, et   )
   al.,                                 )
15                                      ) **[Jury Trial Demanded]**
           Defendants.                  )
16 _____     )

17     The parties hereto, through counsel of record, hereby stipulate as follows:

18     The Court previously extended several times, upon stipulation, discovery deadlines.

19 The parties completed all discovery anticipated at the time of the previous request except for

20 the deposition of non-party Nicole Greely.  Nicole Greely is a retired lieutenant with the San

21 Francisco Police Department who, among other things was involved with the SPOT program.

22 Ms. Greely was to be deposed on Thursday, January 21, 2016.

23     The City Attorney's Office, despite good faith efforts, cannot secure Ms. Greely for

24 deposition, and she has informed Defendant's counsel that she must be served personally with

25 a subpoena before being deposed..

26

27 / / /

28

*Tobin v. C&CSF, et al.*                                                        P020STIPNG
STIPULATION TO EXTEND TIME WITHIN WHICH TO
COMPLETE DEPOSITION OF NON-PARTY WITNESS
NICOLE GREELY; [Proposed] ORDER

1  Thus, the parties through counsel request that Plaintiff be permitted to depose Ms.
2  Greely on or before March 4, 2016.  No other dates need be changed at this time.

3

4
Date: January 21, 2016              *Russell A. Robinson /s/*
5                                    Russell A. Robinson
                                     Law Office of Russell A. Robinson
6                                    Counsel for Plaintiff
                                     **PATRICK J. TOBIN**
7

8

9

10
Date: January 21, 2016                      /s/
11                                    Andrew M. Gschwind
                                     Office of the City Attorney
12                                    City & County of San Francisco
                                     Counsel for Defendant
13                                    CITY & COUNTY OF SAN FRANCISCO

14

15

16                              **ORDER**

17  Good cause appearing, it is hereby ordered as follows:

18  Plaintiff shall be permitted to depose Ms. Greely on or before March 4, 2016.  No other
19  case management dates are to be changed at this time.

20  **IT IS SO ORDERED.**

21

22  Date: January 22, 2016
                                     Hon. Maria-Elena James
23                                    USDC, Northern Dist. Of California