Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102
Phone:	415.861.4416
Fax:	415.431.4526
rlaw345@gmail.com

Counsel for Plaintiff
**PATRICK J. TOBIN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. TOBIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | No.   C-13-1504-MEJ<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO COMPLETE DEPOSITION OF NON-PARTY WITNESS NICOLE GREELY** [Proposed] **ORDER**<br><br>**[Jury Trial Demanded]** |

The parties hereto, through counsel of record, hereby stipulate as follows:

The Court previously extended several times, upon stipulation, discovery deadlines. The parties completed all discovery anticipated at the time of the previous request except for the deposition of non-party Nicole Greely. Nicole Greely is a retired lieutenant with the San Francisco Police Department who, among other things was involved with the SPOT program. Ms. Greely was to be deposed on Thursday, January 21, 2016.

The City Attorney's Office, despite good faith efforts, cannot secure Ms. Greely for deposition, and she has informed Defendant's counsel that she must be served personally with a subpoena before being deposed..

/ / /

---

*Tobin v. C&CSF, et al.*  P020STIPNG
STIPULATION TO EXTEND TIME WITHIN WHICH TO
COMPLETE DEPOSITION OF NON-PARTY WITNESS
NICOLE GREELY; [Proposed] ORDER

1  Thus, the parties through counsel request that Plaintiff be permitted to depose Ms.
2  Greely on or before March 4, 2016.  No other dates need be changed at this time.

3

4
   Date:   January 21, 2016                    *Russell A. Robinson /s/*
5                                              Russell A. Robinson
                                               Law Office of Russell A. Robinson
6                                              Counsel for Plaintiff
                                               **PATRICK J. TOBIN**
7

8

9

10
    Date:   January 21, 2016                          /s/
11                                              Andrew M. Gschwind
                                                Office of the City Attorney
12                                              City & County of San Francisco
                                                Counsel for Defendant
13                                              CITY & COUNTY OF SAN FRANCISCO

14

15

16                                **ORDER**

17  Good cause appearing, it is hereby ordered as follows:

18  Plaintiff shall be permitted to depose Ms. Greely on or before March 4, 2016.  No other
19  case management dates are to be changed at this time.

20  **IT IS SO ORDERED.**

21

22  Date:  January 26, 2016
                                               _____
23                                              Hon. Maria-Elena James
                                                USDC, Northern Dist. Of California

24

25

26

27

28

*Tobin v. C&CSF, et al.*                                                                P020STIPNG
STIPULATION TO EXTEND TIME WITHIN WHICH TO
COMPLETE DEPOSITION OF NON-PARTY WITNESS
NICOLE GREELY; [Proposed] ORDER                      - 2 -