1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KATHARINE HOBIN PORTER, State Bar #173180
   Chief Labor Attorney
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
   Fox Plaza
4  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3973
   Facsimile:    (415) 554-4248
6  E-Mail:       andrew.gschwind@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 PATRICK J. TOBIN,                    Case No. 13-cv- 01504 MEJ

12        Plaintiff,                    [PROPOSED] ORDER GRANTING
                                        DEFENDANT'S ADMINISTRATIVE MOTION
13        vs.                           FOR ENTRY OF STANDARD FORM
                                        PROTECTIVE ORDER
14 CITY & COUNTY OF SAN FRANCISCO
   POLICE DEPARTMENT,
15
          Defendant.
16

17

18

19        On March 1, 2016 Defendant City & County of San Francisco filed an administrative motion

20 for entry of a protective order in this action that conforms to the standard form, or model, joint

21 protective order posted on this Court's web site.

22        After full consideration of the briefing and the supporting declaration of counsel, the Court

23 rules as follows:

24        THE COURT HEREBY GRANTS Defendant's administrative motion.  The Court finds that

25 the City has presented good cause for the relief that it requests, as both Plaintiff's counsel and

26 Defendant's counsel have designated portions of depositions confidential and have been acting as

27 though such a protective order was already entered in this action.  Furthermore, some testimony in

28

this action has addressed confidential subject matters protected by the right to privacy and the Peace Officers Procedural Bill of Rights Act, Cal. Govt. Code § 3300 *et seq.*

ACCORDINGLY, the Court will hereby separately enter the proposed protective order attached as Exhibit A to Defendant's administrative motion.


IT IS SO ORDERED.


Dated:   March 7, 2016          _____

THE HONORABLE MARIA ELENA JAMES
United States Magistrate Judge