1

2

3

4                         UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    PATRICK J TOBIN,                          Case No. 13-cv-01504-MEJ

8                    Plaintiff,

9           v.                                 **ORDER CONTINUING HEARING ON
                                               DEFENDANT'S MOTION FOR
10   CITY & COUNTY OF SAN FRANCISCO            SUMMARY JUDGMENT; REQUIRING
     POLICE DEPARTMENT, et al.,                FURTHER BRIEFING**

11                   Defendants.               Re: Dkt. No. 94

12

13          The July 14, 2016 hearing scheduled in this matter is hereby **CONTINUED** until August

14   11, 2016.  The Court further **ORDERS** the parties to file supplemental briefs on the following

15   issues the Court finds relevant to Defendant's motion for summary judgment:

16          1.      Plaintiff did not present his claims to the City in compliance with the California

17                  Government Tort Claims Act (Cal. Govt. Code § 900, et seq.) until December

18                  2011.  Can Plaintiff "relate" his state law claims back to the original complaint,

19                  which had not been presented to the City as required by California Government

20                  Code sections 900, et seq.?

21          2.      If Plaintiff's claims accrued no later than May 2010 (*see* Mot., Dkt. No. 94-1 at

22                  13), are his claims barred by both California Government Code sections 945.6(a)(1)

23                  & (2)?

24   The parties shall file these supplemental briefs no later than **July 21, 2016**.  The briefs shall not

25   exceed two double-spaced pages and shall consist of a response to each question posed and

26   supporting legal authority.  Arguments unsupported by legal authority shall be stricken.

27          In addition, the Court observes that in many instances, Plaintiff has not "cit[ed] to

28   particular materials in the record" (Fed. R. Civ. P. 56(c)) to establish a triable fact exists as to

United States District Court
Northern District of California

certain issues.  Plaintiff also has failed to identify "additional facts that establish a genuine issue of material fact or otherwise preclude judgment in favor of" defendant (*see* Case Management Order, Dkt. No. 43 at 3).  Pursuant to Rule 56(e)(1), the Court will allow Plaintiff the opportunity to identify specific portions of the record that create a triable fact regarding the following five issues:

1.      When and how Plaintiff engaged in protected speech.

2.      Why Plaintiff acted as a private citizen and not in his capacity as a public employee when he engaged in protected speech.

3.      Whether officers other than Plaintiff earned Like Work Like Pay ("LWLP") after 2009.

4.      Whether Plaintiff was denied LWLP for retaliatory reasons, or rather because there was no assigned lieutenant whose duties Plaintiff would be performing and/or because Plaintiff never received permission to receive LWLP from his Captain, Commander, or Deputy Chief.

5.      When and how Defendant took retaliatory action against Plaintiff after May 2010, and why that action was retaliatory.

No later than **July 21, 2016**, Plaintiff shall file another supplemental statement identifying, by Docket Number, page, and where appropriate, line number, those portions of the record *on summary judgment* (i.e., Dkt. Nos. 94-102) that he contends create a triable fact on these five issues as they are framed by the summary judgment briefs.  Plaintiff shall only address evidence referenced in the summary judgment briefs; he may not augment the record.  The declaration shall consist only of specific citations to the record on summary judgment relating solely to these five issues; it shall include no argument.

United States District Court
Northern District of California

1       No later than **July 28, 2016**, Defendant may file a supplemental response to Plaintiff's

2    statement identifying specific citations to the record that respond to Plaintiff's evidence and/or

3    objecting to the evidence.

4       **IT IS SO ORDERED.**

5

6    Dated: July 12, 2016

7

8                                                    _____

9                                                    MARIA-ELENA JAMES
                                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3