# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J TOBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 13-cv-01504-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 94 |

This matter is currently scheduled for a hearing on August 11, 2016 regarding Defendant City & County of San Francisco's motion for summary judgment. The Court requested, and the parties filed, further briefing in connection with the motion for summary judgment. *See* Dkt. Nos. 105-109. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the August 11, 2016 hearing. The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: August 4, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge